# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136417

BAERE COMPANY,
       Plaintiff/Counter-Defendant/
       Appellant,

v

ADVANTAGE 99 TD,
       Defendant/Counter-Plaintiff/
       Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136417
COA: 268238
Kent CC: 04-012262-CH

On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

p0828